1  Edwin F. McPherson – State Bar No. 106084
      emcpherson@mcphersonrane.com
2  Tracy B. Rane – State Bar No. 192959
      trane@mcphersonrane.com
3  **McPHERSON RANE LLP**
   1801 Century Park East
4  24th Floor
   Los Angeles, CA 90067
5  Tel:(310)553-8833
   Fax:(310)553-9233
6
   Richard C Wolfe – *Pro Hac Vice* - Pending
7      Rwolfe@wolfelawmiami.com
   **WOLFE LAW MIAMI P.A.**
8  175 SW 7th Street, Suite 2410
   Miami, FL 33130
9  Tel:(305)384-7370
   Fax:(305)384.7371
10
   Attorneys for Plaintiffs CANTINFLAS, LLC and FELIPE DE JESUS MARTINEZ
11 ANCONA

12

13            **UNITED STATES DISTRICT COURT**

14       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15

16 CANTINFLAS, LLC, a Florida limited       )   CASE NO. CV13-7366GW (MANx)
   liability company; FELIPE DE JESUS       )
17 MARTINEZ ANCONA, an individual,          )   **COMPLAINT FOR:**
                                            )
18              Plaintiffs,                 )
                                            )   1.  **DECLARATORY RELIEF**
19              v.                          )   2.  **BREACH OF CONTRACT**
                                            )   3.  **COPYRIGHT INFRINGEMENT**
20 MARIO ARTURO MORENO                      )   4.  **COPYRIGHT INFRINGEMENT**
   IVANOVA, an individual; PRIME TIME       )
21 MANAGEMENT GROUP, a Mexican              )
   Corporation; GYROSCOPIK STUDIOS,         )
22 a Mexican corporation; and DOES 1        )   **DEMAND FOR JURY TRIAL**
   through 10,                              )
23                                          )
                Defendants.                 )
24 _____          )

25

26      Plaintiffs CANTINFLAS, LLC (hereinafter "Cantinflas LLC) and FELIPE DE

27 JESUS MARTINEZ ANCONA (hereinafter "Felipe") (hereinafter collectively

28 "Plaintiffs") complain and alleges as follows:

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

## NATURE OF ACTION

1.      Felipe has created unique drawings of the well-known character, "Cantinflas," which he has registered for copyright protection in both the United States and in Mexico.  He did so pursuant to agreements with Defendant Mario Arturo Moreno Ivanova (hereinafter "Mario"), who has granted Felipe the sole and exclusive rights for 20 years (which is automatically renewable) to create, produce, market and distribute an Animated Filmed Project containing the character "Cantinflas," which Mario claimed to have certain rights in and to, as the adopted son of Mario Moreno Reyes, the famous Mexican actor who created and portrayed "Cantinflas" in more than 55 feature films.

2.      Felipe subsequently entered into an agreement with Cantinflas LLC, to exploit Felipe's copyrighted images (and the exclusive contractual rights granted by Mario) to create, produce, market and distribute an Animated Filmed Project based upon the character "Cantinflas."

3.      Defendants are now acting in violation of the exclusive rights granted by Mario to Felipe and they are otherwise exploiting the copyrighted images owned by Felipe, in that they are attempting to create market and produce an animated motion picture or television series; virtually identical to that contemplated by Plaintiffs and in violation of the exclusive rights granted to Felipe.

4.      Plaintiffs seek declaratory relief, damages for copyright infringement and breach of the agreements and an injunction preventing same.

## THE PARTIES

5.      Cantinflas LLC is a limited liability corporation, duly incorporated under the laws of the State of Florida, with a principal place of business located in Miami, Florida.

6.      Felipe is an individual, whose residence is in Mexico City, Mexico.

///

Complaint

7.     Plaintiffs are informed and believed and, based upon such information and belief, allege that Mario is an individual, whose residence is in Mexico City, Mexico.

8.     Plaintiffs are informed and believed and, based upon such information and belief, allege that Prime Time Management Group (hereinafter "Prime Time") is a corporation, incorporated in Mexico, whose place of business is Guadalajara, Mexico.

9.     Plaintiffs are informed and believed and, based upon such information and belief, allege that Gyroscopik Studios (hereinafter "Gyroscopik") is believed to be a corporation, incorporated in Mexico, whose principal place of business is Guadalajara, Mexico.

## JURISDICTION AND VENUE

10.     Mario and Felipe conferred exclusive jurisdiction on this court, pursuant to the terms of the December 7, 2009 and the December 9, 2009 Agreements set forth below.

11.     The Court has personal jurisdiction over Defendants Prime Time and Gryoscopik because they are acting in intentional violation of the terms of the aforesaid Agreements and because they conduct active and continuous business in this district, and have directed their marketing activities into this district.  This Court has subject matter jurisdiction over the federal claim for relief pled herein pursuant to 28 U.S.C. Sections 1331 (Federal question) and 1338 (a), and pursuant to the Copyright Act, (17 U.S.C. Section 101, *et seq.*).  This Court has personal jurisdiction over Defendants, and venue is proper in this judicial district pursuant to 28 U.S.C. Section 1391 because Defendants and/or their agents are doing business in this district, and a substantial part of the events or omissions giving rise to this lawsuit as well as substantial injuries to the Plaintiffs have occurred or will occur in interstate commerce in the State of California and in the Central District of California. Venue is also proper in this district pursuant to 28 U.S.C. Section 1400 because Defendants may be found in this district in light of their extensive commercial activities here.

## COMMON ALLEGATIONS

12.    Plaintiff Felipe and his affiliates own or control copyrights and/or exclusive rights in the images at issue pursuant to United States and Mexican copyright laws.

13.    Felipe is a Mexican artist and cartoonist.

14.    Felipe created and owns a series of images of the character "Cantinflas," originally popularized by Mexican entertainer, Mario Moreno Reyes, now deceased.

15.    Mario is the adopted son of Mario Moreno Reyes, and one of the heirs of his estate.

16.    On or about July 12, 2007, Mario granted to Felipe the right to register ownership of character of "Cantinflas" for various uses. A true and correct copy of that agreement is attached hereto as Exhibit "A," and hereinafter referred to as the "2007 Grant of Rights."

17.    On or about November 24, 2009, Mario granted to Felipe the right to create an Animated Filmed Project containing the character "Cantinflas," and in connection with a book. A true and correct copy of that agreement is attached hereto as Exhibit "B," and hereinafter referred to as the "2009 Grant of Rights."

18.    On August 22, 1994, Mario granted a general power of attorney unto his wife, Sandra Consuelo Bernat Castellanos Moreno (hereinafter "Sandra") allowing Sandra to execute documents on his behalf. A true and correct copy of the power of attorney is attached hereto as Exhibit "C," and hereinafter referred to as the "Power of Attorney."

19.    On March 4, 2008, Mario executed an agreement, making Felipe to be the designated creator of all animated expressions of the character, "Cantinflas", stating that all expressions of the character MUST be originated with Felipe. A true and correct copy of that agreement is attached hereto as Exhibit "D," and hereinafter referred to as the "2008 Grant of Rights." Further, in this document, Mario confirmed and ratified the authority of his wife, Sandra, to execute documents on his behalf.

///

20.   On December 7, 2009, Mario entered into another agreement with Felipe, granting Felipe the exclusive rights to the character "Cantinflas" for purposes of creating an animated filmed project for a period of 20 years (automatically renewable) . A true and correct copy of that agreement is attached hereto as Exhibit "E," and hereinafter referred to as the "2009 Agreement". Pursuant to the 2009 Agreement, the parties conferred exclusive jurisdiction in the courts in Los Angeles, California to interpret or enforce the 2009 Agreement.

21.   On December 9, 2009, Mario and Felipe entered into another agreement ratifying and confirming the terms of the 2009 Agreement, adding additional declarations stating that: (a) Felipe is the author of the characters of "Cantinflas" registered and registered in the Mexican copyright office, and declaring Felipe to be the sole and exclusive owner of same; (b) confirming and ratifying the terms of the Power of Attorney; and (c) ratifying the terms of the 2009 Agreement. A true and correct copy of the agreement is attached hereto as Exhibit "F," and hereinafter referred to as the "2009 Ratification Agreement." Pursuant to the terms of the 2009 Agreement and the 2009 Ratification Agreement, Felipe and Mario agreed that: "in case of any act infringing the terms of the Agreement," like the violation of the exclusivity of the character, (Mario) will pay Felipe (U.S. $1000.00) . . . for each illustration (drawing) produced by Felipe. To date, Felipe has produced more than 1,000 illustrations (drawings).

22.   As a result of the 2007 Grant of Rights, the 2009 Grant of Rights, the Power of Attorney, the 2008 Grant of Rights, the 2009 Agreement and the 2009 Ratification Agreement (hereinafter collectively referred to as the "Agreements," Felipe owns all rights to the character "Cantinflas" for purposes of making and producing an animated filmed project, and he is the owner of his original depictions thereof, hereinafter referred to as his "Character Images."

23.   Felipe registered ownership of his Character Images with the Mexican equivalent of the Copyright Office on August 2, 2007, May 28, 2008, December 19, 2008, January 21, 2010, February 2, 2010, February 4, 2011, and February 22, 2009. A

– 5 –

1 true and correct copy of Felipe's Mexican registrations are attached hereto as Exhibits
2 "G," "H," "I," "J," "K," "L," and "M."

3      24.    On October 3, 2013, Felipe registered ownership of the copyrights in his
4 Character Images with the U.S. Copyright Office in the Application attached hereto as
5 Exhibit "N." Felipe has not received a registration certificate due to the sequestration of
6 the Federal Government, effectively closing down the U.S. Copyright Office.

7      25.    Defendants acting jointly and in concert have attempted to create, market,
8 and produce an animated filmed project in violation of the exclusive grant of rights by
9 Mario in favor of Felipe as set forth in the Agreements, and using and otherwise
10 exploiting the Character Images owned by Felipe, without the express or implied
11 permission otherwise given by Felipe. Attached hereto as Exhibit "O" is a screen shot
12 taken from the websites of Defendants demonstrating their intention of exploiting such
13 rights, in violation of the Agreements, and otherwise exploiting Felipe's Character
14 Images. Further, Defendants have publically announced their intention to attend the
15 Mipcom Conference, in Cannes, France on October 5 - 10, for purposes of soliciting
16 investment in, and/or distribution of, an animated filmed project incorporating the
17 character "Cantinflas," and otherwise using Felipe's Character Images. Attached hereto
18 as Exhibit "P" is the Defendants' public announcement regarding same.

19      26.    Felipe has entered into an agreement with Cantinflas LLC., authorizing
20 Cantinflas LLC to exploit the contractual rights obtained by Felipe pursuant to the
21 Agreements as well as Felipe's Character Images, in order to create, produce, finance,
22 market, and distribute an animated filmed project. Said animated filmed project is
23 hereinafter referred to as "Plaintiffs Animated Project."

24      27.    The significant harm caused by Defendants' conduct is both immediate and
25 in direct violation of Plaintiffs' exclusive rights protected under federal law.

26      28.    Plaintiffs have satisfied all conditions precedent prior to filing this action.

27      29.    Plaintiffs have retained the law firms set forth herein, and have agreed to
28 pay them a reasonable fee for their services.

## FIRST CLAIM FOR RELIEF

### (For Declaratory Relief – By All Plaintiffs Against All Defendants)

30.   Plaintiffs adopt, reallege, and by this reference incorporate, Paragraphs 1 through 29, inclusive, hereinabove.

31.   This is a claim for declaratory relief pursuant to 28 U.S.C. Section 2201. An actual controversy has arisen between Plaintiffs and Defendants, and each of them, in that Plaintiffs contend, and Defendant denies, that Plaintiffs own the exclusive rights to create, market, and distribute an animated film based upon the character "Cantinflas," and to utilize the copyrighted Character Images created by Felipe.

32.   Plaintiff desires a judicial determination that:

(a)   Plaintiffs own the exclusive rights to create, market, and distribute an animated film based upon the character "Cantinflas," and to utilize the copyrighted Character Images created by Felipe;

(b)   Those rights were never sold, assigned, or otherwise transferred to Defendants, or any of them, or anyone else; and

(c)   Defendants have no present or future rights to create, market, or distribute an animate film based upon the character "Cantinflas," or to utilize the copyrighted Character Images created by Felipe.

## SECOND CLAIM FOR RELIEF

### (For Breach of Contract – By Plaintiff Felipe Against Defendant Mario)

33.   Plaintiff adopts, realleges, and by this reference incorporates, Paragraphs 1 through 29, inclusive, hereinabove.

34.   This is a claim by Felipe against Mario for breach of the Agreements.

35.   In every instance, Felipe has fulfilled his obligations under the terms of the Agreements.

36.   Mario has violated and breached his obligations under the terms of the Agreements, by entering into an agreement with the remaining Defendants, pursuant to

1  which they are acting to create and market an animated filmed project in competition

2  with Plaintiffs Animated Project and violation of the terms of the Agreements.

3      37.    As a result of Mario's breaches of his obligations under the terms of the

4  Agreements, Felipe has been damaged.

5

6                    **THIRD CLAIM FOR RELIEF**

7      **(For Copyright Infringement – By All Plaintiffs Against All Defendants)**

8      38.    Plaintiffs adopt, reallege, and by this reference incorporate, Paragraphs 1

9  through 29, inclusive, hereinabove.

10     39.    Through their conduct alleged herein, Defendants have individually and

11  collectively infringed upon Felipe's copyright in the Character Images by publicly

12  distributing, disseminating and copying Felipe's copyrighted work without authorization

13  from Felipe in violation of 17 U.S.C. Section 101 et seq.

14     40.    Each infringement by Defendants of Felipe's copyrighted works constitutes

15  a separate and distinct act of infringement.

16     41.    Defendants' acts of infringement have been and continue to be willful, in

17  disregard of and indifferent to the rights of Felipe as the creator and owner of the

18  copyrights to the Character Images. Felipe has sent a cease-and-desist letter to

19  Defendants and notwithstanding same; Defendants have continued to infringe upon

20  Felipe's copyrights in the Character Images.

21     42.    As a direct and proximate result of the infringement by the Defendants,

22  Felipe is entitled to damages as may be determined pursuant to 17 U.S.C. Section 504.

23     43.    As a direct and proximate result of the foregoing action and conduct, Felipe

24  has sustained and will continue to sustain substantial, immediate and irreparable injury,

25  for which there is no adequate remedy at law. Unless enjoined and restrained by this

26  court, Defendants will continue to infringe upon Felipe's rights in his copyrighted works.

27  Hence, Felipe is entitled to preliminary and injunctive relief.

28

## FOURTH CLAIM FOR RELIEF

### (For Common Law Copyright Infringement –

### By All Plaintiffs Against All Defendants)

44.     Plaintiffs adopt, reallege, and by this reference incorporate, Paragraphs 1 through 29, inclusive, hereinabove.

45.     Through their conduct alleged herein, Defendants have individually and collectively infringed upon Felipe's copyright in the Character Images by publicly distributing, disseminating and copying Felipe's copyrighted work without authorization from Felipe in violation of Felipe's common law rights in the copyright to the Character Images.

46.     Each infringement by Defendants of Felipe's copyrighted works constitutes a separate and distinct act of infringement.

47.     Defendants' acts of infringement have been and continue to be willful, in disregard of and indifferent to the rights of Felipe as the creator and owner of the copyrights to the Character Images. Felipe has sent a cease-and-desist letter to Defendants and notwithstanding same; Defendants have continued to infringe upon Felipe's copyrights in the Character Images.

48.     As a direct and proximate result of the infringement by the Defendants, Felipe is entitled to disgorge Defendant's profits from such infringement.

49.     As a direct and proximate result of the foregoing action and conduct, Felipe has sustained and will continue to sustain substantial immediate and irreparable injury for which there is no adequate remedy at law.  Unless enjoined and restrained by this court, Defendants will continue to infringe upon Felipe's rights in his copyrighted works. Hence,  Felipe is entitled to preliminary and injunctive relief.


WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

///

– 9 –

**AS TO THE FIRST CLAIM FOR RELIEF:**

1.   For a judicial determination that Plaintiffs own the exclusive rights to create, market, and distribute an animated film based upon the character "Cantinflas," and utilizing the copyrighted Character Images created by Felipe;

**AS TO THE SECOND CLAIM FOR RELIEF:**

2.   For compensatory damages in an amount to be proved at trial, which Plaintiff has sustained as a consequence of Defendants' violation of the Lanham Act, which damages are in equal to or in excess of $1000.00 for each of the approximately 3,000 illustrations produced by Felipe, together with interest thereon at the maximum legal rate;

**AS TO THE THIRD CLAIM FOR RELIEF:**

3.   For an accounting by Defendants, and each of them, of all gains, profits, and advantages derived by them, based upon their infringement of Plaintiffs' copyrights;

4.   For all profits earned by Defendants, and each of them, that are attributable to the infringement of Plaintiffs' copyrights;

5.   For an Order requiring Defendants, and each of them, to deliver up to be impounded during the pendency of this action, or to be destroyed, all copies of any of the infringing material, in all configurations, as well as any and all advertising, marketing, and/or promotional materials, posters, or packaging which refer to the infringing material;

6.   In the alternative, for $150,000.00 in statutory damages per violation for a wilful infringement, in accordance with 17 U.S.C. Section 504(c)(2);

7.   For reasonable attorneys' fees in an amount to be proved at trial, in accordance with 17 U.S.C. Section 505;

8.   For a temporary, preliminary, and permanent injunction precluding Defendants, and each of them, and their agents, servants, employees, subsidiaries,

affiliates, officers, directors, representatives, attorneys, successors, and assigns, and anyone acting in concert with them, from:

(a)     Selling, attempting to sell, causing to be sold, offering for sale, copying, reproducing, publishing, disseminating, distributing, circulating, promoting, marketing, manufacturing copies of, and/or advertising, Felipe's copyrighted work in the Character Images, and/or any portions thereof;

(b)     Permitting others to sell, attempt to sell, cause to be sold, offer for sale, copy, reproduce, publish, disseminate, distribute, circulate, promote, market, manufacture copies of, and/or advertise,  Felipe's copyrighted work in the Character Images, and/or any portions thereof;

(c)     Copying, reproducing, publishing, disseminating, distributing, or circulating advertising, promotional material, or packaging referring to Felipe's copyrighted work in the Character Images, and/or any portions thereof;

(d)     Permitting others to copy, reproduce, publish, disseminate, distribute, and/or circulate advertising, promotional material, or packaging referring to Felipe's copyrighted work in the Character Images, and/or any portions thereof;

(e)     Taking orders for any copies of Felipe's copyrighted work in the Character Images, and/or any portions thereof;

(f)     Shipping copies of Felipe's copyrighted work in the Character Images, and/or any portions thereof to anyone;

(g)     Selling, attempting to sell, causing to be sold, offering for sale, copying, reproducing, publishing, disseminating, distributing, circulating, promoting, marketing, manufacturing copies of, and/or advertising, Felipe's copyrighted work in the Character Images, and/or any portions thereof;

(h)     Permitting others to sell, attempt to sell, cause to be sold, offer for sale, copy, reproduce, publish, disseminate, distribute, circulate, promote, market, manufacture copies of, and/or advertise, Felipe's copyrighted work in the Character Images, and/or any portions thereof;

    (i) Copying, reproducing, publishing, disseminating, distributing, or circulating advertising, promotional material, or packaging referring to Felipe's copyrighted work in the Character Images, and/or any portions thereof;

    (j) Permitting others to copy, reproduce, publish, disseminate, distribute, and/or circulate advertising, promotional material, or packaging referring to Felipe's copyrighted work in the Character Images, and/or any portions thereof;

    (k) Taking orders for any copies of Felipe's copyrighted work in the Character Images, and/or any portions thereof; and

    (l) Shipping copies of Felipe's copyrighted work in the Character Images, and/or any portions thereof to anyone;

## AS TO THE FOURTH CLAIM FOR RELIEF:

  9. For an accounting by Defendants, and each of them, of all gains, profits, and advantages derived by them, based upon their infringement of Plaintiffs' copyrights;

  10. For all profits earned by Defendants, and each of them, that are attributable to the infringement of Plaintiffs' copyrights;

  11. For an Order requiring Defendants, and each of them, to deliver up to be impounded during the pendency of this action, or to be destroyed, all copies of any of the infringing material, in all configurations, as well as any and all advertising, marketing, and/or promotional materials, posters, or packaging which refer to the infringing material;

  12. For reasonable attorneys' fees in an amount to be proved at trial;

  13. For a temporary, preliminary, and permanent injunction precluding Defendants, and each of them, and their agents, servants, employees, subsidiaries, affiliates, officers, directors, representatives, attorneys, successors, and assigns, and anyone acting in concert with them, from:

    (a) Selling, attempting to sell, causing to be sold, offering for sale, copying, reproducing, publishing, disseminating, distributing, circulating, promoting,

1  marketing, manufacturing copies of, and/or advertising, Felipe's copyrighted work in the

2  Character Images, and/or any portions thereof;

3          (b)    Permitting others to sell, attempt to sell, cause to be sold, offer for

4  sale, copy, reproduce, publish, disseminate, distribute, circulate, promote, market,

5  manufacture copies of, and/or advertise,  Felipe's copyrighted work in the Character

6  Images, and/or any portions thereof;

7          (c)    Copying, reproducing, publishing, disseminating, distributing, or

8  circulating advertising, promotional material, or packaging referring to Felipe's

9  copyrighted work in the Character Images, and/or any portions thereof;

10         (d)    Permitting others to copy, reproduce, publish, disseminate, distribute,

11  and/or circulate advertising, promotional material, or packaging referring to Felipe's

12  copyrighted work in the Character Images, and/or any portions thereof;

13         (e)    Taking orders for any copies of Felipe's copyrighted work in the

14  Character Images, and/or any portions thereof;

15         (f)    Shipping copies of Felipe's copyrighted work in the Character

16  Images, and/or any portions thereof to anyone;

17         (g)    Selling, attempting to sell, causing to be sold, offering for sale,

18  copying, reproducing, publishing, disseminating, distributing, circulating, promoting,

19  marketing, manufacturing copies of, and/or advertising, Felipe's copyrighted work in the

20  Character Images, and/or any portions thereof;

21         (h)    Permitting others to sell, attempt to sell, cause to be sold, offer for

22  sale, copy, reproduce, publish, disseminate, distribute, circulate, promote, market,

23  manufacture copies of, and/or advertise, Felipe's copyrighted work in the Character

24  Images, and/or any portions thereof;

25         (i)    Copying, reproducing, publishing, disseminating, distributing, or

26  circulating advertising, promotional material, or packaging referring to Felipe's

27  copyrighted work in the Character Images, and/or any portions thereof;

28  ///

1         (j)    Permitting others to copy, reproduce, publish, disseminate, distribute,

2    and/or circulate advertising, promotional material, or packaging referring to Felipe's

3    copyrighted work in the Character Images, and/or any portions thereof;

4         (k)    Taking orders for any copies of Felipe's copyrighted work in the

5    Character Images, and/or any portions thereof; and

6         (l)    Shipping copies of Felipe's copyrighted work in the Character

7    Images, and/or any portions thereof to anyone;

8

9    **AS TO ALL CLAIMS FOR RELIEF:**

10        14.    For costs of suit herein incurred; and

11        15.    For such other and further relief as the Court deems just and proper.

12

13    Dated: October 4, 2013          Edwin F. McPherson

14                               Tracy B. Rane
                           **McPHERSON RANE LLP**

15                               Richard C. Wolfe

16                               **WOLFE LAW MIAMI P.A.**

17

18                             By: _____
                               EDWIN F. McPHERSON

19                                   Attorneys for Plaintiffs
                               CANTINFLAS, LLC and FELIPE

20                                   DE JESUS MARTINEZ
                               ANCONA

21

22

23

24

25

26

27

28

1

## DEMAND FOR JURY TRIAL

2      Plaintiffs CANTINFLAS, LLC and FELIPE DE JESUS MARTINEZ ANCONA

3  hereby demand a trial by jury in this case.

4

5  Dated: October 4, 2013

Edwin F. McPherson
Tracy B. Rane
**McPHERSON RANE LLP**

6

7  Richard C. Wolfe
**WOLFE LAW MIAMI P.A.**

8

9

By: _____

10  EDWIN F. McPHERSON
Attorneys for Plaintiffs

11  CANTINFLAS, LLC and FELIPE
DE JESUS MARTINEZ

12  ANCONA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT  A

Mexico City, Federal District, July 12, 2007.

AUTHORIZATION LETTER

I hereby confer broadest authorization upon Mr. JESUS MARTINEZ ANCONA to record caricatures of CANTINFLAS in his various works, as so agreed to be in the interest of both parties.

I am available for any questions or clarifications.

SINCERELY,

[illegible signature]

MARIO ARTURO MORENO IVANOVA.

EXHIBIT
A

16

Mexico City, Federal District, July 12, 2007

AUTHORIZATION LETTER

I hereby confer broadest authorization upon Mr. JESUS MARTINEZ ANCONA to record drawings or caricatures of CANTINFLAS in his various works, as so agreed to be in the interest of both parties.


I am available for any questions or clarifications.


SINCERELY,

[illegible signature]

MARIO ARTURO MORENO IVANOVA.


[handwritten:

Received. Original

[illegible signature]

July 13, 2007



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

13615 South Dixie Highway #114-397
Miami FL 33176      (305) 632-9620
info@transformaonline.com

18

México D.F. a  12 de julio del 2007.

CARTA DE  AUTORIZACION

Por medio del presente escrito, doy autorización amplia al C.
FELIPE DE JESUS MARTINEZ ANCONA, para que pueda registrar  --
dibujos o caricaturas de CANTINFLAS en sus diferentes obras, -
esto por convenir así a los intereses de ambos.

Para cualquier duda o aclaración al respecto, quedo.

A T E N T A M E N T E

MARIO ARTURO MORENO IVANOVA.

*Recibi Original*
*Julio 13, 2007*

19

EXHIBIT  B

Nov. 24, 2009

To whom it may concern:

I hereby authorize the participation of the character Cantinflas as well as his name in the printing of the book entitled *La Morenita del Tepeyac, La Reyna de América* or any other title that the AUTHOR for the execution of material to be published.

I note that this authorization is totally independent from the private economic participation agreement that I entered into with Felipe de Jesús Martínez Ancona.

SINCERELY,

[illegible signature]

Mario Arturo Moreno Ivanova



220



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

13615 South Dixie Highway #114-397
Miami FL 33176     (305) 632-9620
info@transformaonline.com

21



24/nov/2009

A quién corresponda:

Por medio de la presente autorizo la participación del personaje animado Cantinflas, así como el nombre del mismo en la impresión del libro intitulado "La Morenita del Tepeyac, La Reyna de América" o cualquier otro título que autorice el INDAUTOR para la ejecución del material a publicar.

Hago notar que la presente autorización es totalmente independiente del contrato privado de participación económica que celebro con Felipe de Jesús Martínez Ancona.

ATENTAMENTE

Mario Arturo Moreno Ivanova

22

**EXHIBIT  C**

COLLEGE OF NOTARIES OF THE FEDERAL DISTRICT

NOTARY OFFICE 103 PAGE NO. 10274

[Seal: COLLEGE OF NOTARIES OF THE FEDERAL DISTRICT]

[illegible seal]
[seal:
ARMANDO GALVEZ PEREZ ARAGON, ESQ. NOTARY OFFICE 103, MEXICO CITY, FEDERAL DISTRICT
UNITED MEXICAN STATES]

MAG/GLO/ERD/SER

BOOK NUMBER ONE THOUSAND ONE HUNDRED FIFTY ONE.

INSTRUMENT THIRTY SIX THOUSAND ONE HUNDRED SEVENTY EIGHT.

MEXICO CITY, FEDERAL DISTRICT, on this twenty second day of August, nineteen hundred ninety-four, I, Mr. ARMANDO GALVEZ PEREZ ARAGON, ESQ., Owner of Notary Public Office Number One Hundred Three of the Federal District set forth for the record:

[Seal:

JUDICIAL BRANCH

STATE OF MEXICO]

ONE. General power of attorney for lawsuits and collections and acts of administration and ownership with all general powers and special powers requiring special power or clause under the Law, pursuant to the provisions of the first three paragraphs of Article two thousand five hundred fifty-four and Article two thousand five hundred eighty-seven of the Civil Code for the Federal District and related articles of the Civil Codes of the other states of the Republic of Mexico.

By way of illustration rather than limitation they shall the following powers:

I. File and drop any type of proceedings, including *amparo* proceedings (suits to claim constitutional protection).

II. Settle.

III. Submit to arbitration.

IV. Ask and answer interrogatories.

V. Waive.

VI. Assign assets.



23



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article

Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

13615 South Dixie Highway #114-397
Miami FL 33176    (305) 632-9620
info@transformaonline.com

24

[illegible seals]
[Seal in right margin:

JUDICIAL BRANCH

STATE OF MEXICO]

[Stamp in right margin:

SIXTH COURT

...[illegible]]

VII. Receive payments.

VIII. File criminal complaints and drop them when permitted by Law.

TWO. Power to execute and sign all kinds of credit instruments pursuant to Article Nine of the General Credit Instruments and Operations Law.

THREE. The agent shall exercise all the powers set forth above before individuals and before all kinds of administrative and court authorities, including federal and local authorities and before local and federal reconciliation and arbitration boards and labor authorities.

I, THE NOTARY, CERTIFY:

I. That I know the appearing party personally and I believe him to have the legal capacity to execute this proceeding.

II. That with respect to his particulars, having been advised of the penalties for perjury, the appearing party stated  he is:

Mexican by birth, a native of Mexico City, Federal District, where he was born on the first day of September, nineteen hundred sixty, married, an entrepreneur, domiciled at Insurgentes Sur number three hundred seventy-seven, sixth floor, Colonia Roma, Delegación Cuauhtemoc, Federal District.

III. That having read and explained this instrument to the appearing party, he stated his conformity with it and he signed it on the twenty fourth day of August, nineteen hundred ninety-four, at which time I authorized it. I ATTEST.

25

COLEGIO DE NOTARIOS DEL DISTRITO FEDERAL

NOTARIA 103                                    FOLIO No. 10274

NOTARIO TITULAR
LIC. JOSE N. IRABIEN MEDINA
NOTARIA PUBLICA No. 8
PUEBLA, PUE./GLO/ERD/SER. - - -

- - - LIBRO NUMERO UN MIL CIENTO CINCUENTA Y UNO. - - - - -

- INSTRUMENTO TREINTA Y SEIS MIL CIENTO SETENTA Y OCHO. - - -

- - - MEXICO, DISTRITO FEDERAL, a veintidós de agosto de mil

novecientos noventa y cuatro, Licenciado ARMANDO GALVEZ PEREZ

ARAGON, Titular de la Notaría Pública Número Ciento Tres del

Distrito Federal, hago constar: - - - - - - - - - - - - - - -

- - - EL PODER GENERAL, que otorga el señor MARIO ARTURO

MORENO IVANOVA, a favor de la señora SANDRA CONSUELO LUISA

BERNAT CASTELLANO DE MORENO, para que lo ejercite, al tenor

de las siguientes: - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - C L A U S U L A S. - - - - - - - - - - -

- - - PRIMERA.- Poder general para pleitos y cobranzas, actos

de  administración  y  actos  de  dominio,  con  todas  las

facultades  generales y aún con las especiales que de acuerdo

con  la  Ley  requieran  poder  o  cláusula  especial, en los

términos  de  los tres primeros párrafos del artículo dos mil

quinientos  cincuenta  y  cuatro  y  del  artículo  dos mil

quinientos  ochenta y siete del Código Civil para el Distrito

Federal  y  sus  correlativos  de  los Códigos Civiles de los

demás Estados de la República Mexicana. - - - - - - - - - - -

- - - De manera enunciativa y no limitativa, se mencionan

entre otras facultades, las siguientes: - - - - - - - - - - -

- - - I.- Para intentar y desistirse de toda clase de pro--

cedimientos, inclusive amparo. - - - - - - - - - - - - - - -

- - - II.- Para transigir. - - - - - - - - - - - - - - - - -

- - - III.- Para comprometer en árbitros. - - - - - - - - - -

- - - IV.- Para absolver y articular posiciones. - - - - - -

- - - V.- Para recusar. - - - - - - - - - - - - - - - - - - -

- - - VI.- Para hacer cesión de bienes. - - - - - - - - - - -

26

- 2 -

- - - VII. Para recibir pagos. - - - - - - - - - - -

- - - VIII. Para presentar denuncias y querellas en materia pe-
nal y para desistirse de ellas cuando lo permita la Ley. --

- - - SEGUNDA.- Poder para otorgar y suscribir toda clase de-
titulos de crédito, en los términos del Artículo Noveno de la
Ley General de Titulos y Operaciones de Crédito. - - - - - -

- - - TERCERA.- La apoderada ejercitará las facultades a que-
aluden las cláusulas anteriores, ante particulares y ante
toda clase de Autoridades Administrativas o Judiciales,
inclusive de carácter Federal o Local y ante las Juntas de
Conciliación, de Conciliación y Arbitraje, Locales o
Federales y Autoridades del Trabajo. - - - - - - - - - - -

- - - YO EL NOTARIO CERTIFICO: - - - - - - - - - - - - - -

- - - I.- Que conozco personalmente al compareciente y lo
conceptúo capacitado legalmente, para la celebración de este
acto. - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - II.- Que por sus generales y advert... e las penas en
que incurre quien declara falsamente, el compareciente
manifestó ser: - - - - - - - - - - - - - - - - - - - - - -

- - - Mexicano por nacimiento, originario de México, Distrito
Federal, lugar donde nació el día primero de septiembre de
mil novecientos sesenta, casado, Empresario, con domicilio en
Insurgentes Sur número trescientos setenta y siete, sexto
piso, Colonia Roma, Delegación Cuauhtémoc, Distrito Federal.-

- - - III.- Que leida y explicada esta escritura al
compareciente, manifestó su conformidad con ella y la firmó
el día veinticuatro de agosto de mil novecientos noventa y
cuatro, mismo momento en que la autorizo.- DOY FE. - - - - -

NOTARIO TITULAR
LIC. JOSE M. IRABIEN MEDINA
NOTARIA PUBLICA No. 8
PUEBLA, PUEBLA

87

EXHIBIT  D

Mexico City, Federal District, March 4, 2008.

[stamp:

REGULAR NOTARY

MR. JOSE N. IRABIEN MEDINA, ESQ.

NOTARY PUBLIC No. [illegible]

PUEBLA, PUEBLA]

To whom it may concern:

I, Mario Arturo Moreno Ivanova, in my capacity as Sole and Universal Heir and Executor of the Estate of Mr. Mario Moreno Reyes, hereby authorize Mr. Felipe de Jesús Martínez Ancona to be the designated artist who shall create the bases for the outlines, colors, expressions and poses for the fictitious or caricatured character of "CANTINFLAS" to be used for advertising purposes for any products or promotional campaigns.

Any contracts obtained shall be finalized and signed with the prior authorization and approval of Mr. Mario Arturo Moreno Ivanova and/or Mrs. Sandra Consuelo Luisa Bernat Castellano.

There being no further business, thank you for your attention to this matter.

I am available for any questions or clarifications.

Sincerely,

[illegible signature]

Mario Arturo Moreno Ivanova.

[illegible signature]





October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

13615 South Dixie Highway #114-397
Miami FL 33176     (305) 632-9620
info@transformaonline.com

México D.F. a 4 de Marzo de 2008.

A quien corresponda:

Yo, Mario Arturo Moreno Ivanova, en mi carácter de Único y Universal Heredero y Albacea de la Sucesión Testamentaria del Sr. Mario Moreno Reyes, por medio de la presente, autorizo al Sr. Felipe de Jesús Martínez Ancona para ser el dibujante designado mediante el cual se deben basar los trazos, colores, expresiónes y poses del personaje ficticio ó caricaturizado de "CANTINFLAS", para utilizarlo con fines publicitarios de algún ó algunos productos ó campañas promocionales.

Los contratos que se obtengan, serán cerrados y firmados con la previa autorización y visto bueno por el Sr. Mario Arturo Moreno Ivanova y/o por la Sra. Sandra Consuelo Luisa Bernat Castellano.

Sin más por el momento y, agradeciendo la atención prestada a la presente, quedo así,

Atentamente,

Mario Arturo Moreno Ivanova

30

EXHIBIT  E

General power of attorney conferred by Mr. Mario Arturo Moreno Ivanova through Mrs. Sandra

Consuelo Luisa Bernat Castellano de Moreno in favor of Mr. Felipe de Jesús Martínez Ancona to be

executed pursuant to the following clauses.

General power of attorney conferred for the use of the caricatured character called Cantinflas whose

registrations are inscribed in the Author's Rights Public Registry under numbers 03-2007-071313560500-

14 and 03-2007-111613224700-14 under the sections drawing and caricature that are in the possession of

Mr. Felipe de Jesús Martínez Ancona as the sole owner.

[Seal in right margin: UNITED MEXICAN STATES]
[Stamp in right margin:
REGULAR NOTARY
MR. JOSE N. IRABIEN MEDINA, ESQ.
NOTARY PUBLIC No. [illegible]
PUEBLA, PUEBLA]

[Seal in right margin:
JUDICIAL BRANCH
STATE OF MEXICO]
[illegible stamp in right margin]



## CLAUSES

One

- General power for lawsuits and collections and acts of administration and ownership for the caricatured character called Cantinflas.
- Exclusive use of the character, not permitting the creation of any caricatured character other than that or those presented by Felipe de Jesús Martínez Ancona.
- Use of the character includes a general power for lawsuits and collections and acts of administration and ownership with all general powers and special powers requiring special power or clause under the Law, pursuant to the provisions of the first three paragraphs of Article two thousand five hundred eighty-seven of the Civil Code for the Federal District and related articles of the Civil Codes of the other states of the Republic of Mexico.
- By way of illustration rather than limitation they shall the following powers:

  I. File and drop any type of proceedings, including *amparo* proceedings
  II. Settle.
  III. Submit to arbitration.
  IV. Ask and answer interrogatories.
  V. Waive.
  VI. Assign assets.
  VII. Receive payments.
  VIII. File criminal complaints and drop them when permitted by Law.

Two

Execute and sign all kinds of credit instruments pursuant to Article Nine of the General Credit

Instruments and Operations Law.



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

32

Third

The agent shall exercise the powers set forth above before individuals and before all kinds of administrative and court authorities, including federal and local authorities and before local and federal reconciliation and arbitration boards and labor authorities.

EXCLUSIVITY

The exclusivity of the use of the caricatured and/or drawn character of Cantinflas is accompanied by the voice that people commonly recognize as his, with all and each of the expressions and sayings that are typical of him.

The exclusivity that Felipe de Jesús Martínez Ancona enjoys as well as the general power of attorney conferred upon him shall be valid for 20 years as from the submittal of this document to a notary public. It is irrevocable, with the penalties set forth below in the event of incurring in any action contrary to the foregoing.

This term shall be renewed automatically for a like period (20 years) unless the parties agree otherwise.

[Seal in right margin:
JUDICIAL BRANCH
STATE OF MEXICO]
[illegible stamp in right margin]

USES OF THE CHARACTER

– Magazines
– Short stories
– Books
– Videos
– Short films
– Cartoons (series)
– Posters
– Stickers
– Keychains and all kinds of promotional items
– Telephone-based games and applications
– Internet-based games and applications
– Full-length animated films
– CD, DVD, etc. covers

And all types of applications of the caricature called Cantinflas. The name "Cantinflas" may be used for all the pertinent titles.

PENALTIES

In the event of incurring in any action in violation of the provisions of this agreement such as the violation of the exclusivity of the character in favor of Felipe de Jesús Martínez Ancona, the conferring party undertakes to pay USD 1,000.00 (one thousand dollars) for each illustration made by the aforesaid or the equivalent thereof in Mexican currency.

33

[Seal in right margin: UNITED MEXICAN STATES]
[Stamp in right margin:
REGULAR NOTARY
MR. JOSE N. IRABIEN MEDINA, ESQ.
NOTARY PUBLIC No. [illegible]
PUEBLA, PUEBLA]

## PERCENTAGES

The conferring party shall be entitled to 5% net of the profits generated by Felipe de Jesús Martínez

Ancona paid with the tax against submittal of the pertinent invoice by Mr. Mario Arturo Moreno Ivanova

and/or by Mrs. Sandra Consuelo Luisa Bernat Castellano.

An annual review of the accounting for all the business by Felipe de Jesús Martínez Ancona is permitted

for the correct application and the correct development of the payment of the pertinent taxes. The month

of the year on which this review occurs shall be that agreed upon by the two parties according to their

interests and the date of their annual tax declarations.


In the event that Mario Arturo Moreno Ivanova and/or Sandra Consuelo Luisa Bernat Castellano, either

jointly or individually, should decide to file a complaint or litigate in court any dispute related to this

agreement they shall submit to the jurisdiction of the competent courts of Los Angeles, California, United

States of America and the applicable law of that city, waiving any other forum to which they may be

entitled based on their current or future domicile for any reason.


This power of attorney is conferred pursuant to the provisions of the Federal Author's Rights Law and

pursuant to Article 13, sections I, II, II [sic], IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV.


Having read the foregoing, the parties sign this agreement.


[Seal in right margin:
JUDICIAL BRANCH
STATE OF MEXICO]
[illegible stamp in right margin]

[illegible signature]                                    [illegible signature]

Sandra Consuelo Luisa Bernat Castellano          Felipe de Jesús Martínez Ancona

34

12/07/09

<u>Poder general que otorga</u> el Sr. Mario Arturo Moreno Ivanova por medio de la señora Sandra Consuelo Luisa Bernat Castellano de Moreno a favor del Sr. Felipe de Jesús Martínez Ancona para que lo ejercite mediante las siguientes cláusulas.

Poder General que se otorga para el uso del personaje caricaturizado denominado Cantinflas cuyos registros están inscritos en el Registro Público del Derecho de Autor, con los números 03-2007-071313560500-14    y     03-2007-111613224700-14 en las ramas de dibujo y caricatura que obran en poder del Sr. Felipe de Jesús Martínez Ancona como único propietario.

CLAUSULAS

Primera

NOTARIO TITULAR
LIC. JOSE N. IRABIEN MEDINA
NOTARIA PUBLICA No. 8
PUEBLA, PUEBLA

   - Poder general para pleitos y cobranzas, actos de administración y actos de  dominio del  personaje caricaturizado denominado Cantinflas.

   -   Uso exclusivo del personaje no permitiendo el surgimiento de personaje caricaturizado alguno que no sea el o los presentados por Felipe de Jesús Martínez Ancona.

   -   El uso del personaje cuenta con poder general para pleitos y cobranzas, actos de administración y actos de dominio, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder especial o cláusula especial, en los términos de los tres primeros párrafos del artículo dos mil quinientos ochenta y siete del código civil para el Distrito Federal y sus correlativos de los códigos cilviles de los demás Estados de la República Mexicana.

   -   De manera enunciativa y no limitativa se  mencionan entre otras facultades las siguientes.

I.       Para intentar y desistirse de toda clase de procedimientos, inclusive amparo.
II.      Para transigir
III.     Para comprometer en árbitros
IV.      Para absolver y articular posiciones
V.       Para recusar
VI.      Para hacer cesión de bienes
VII.     Para recibir pagos
VIII.    Para presentar denuncias y querellas en materia penal y para desistirse de ellas cuando la ley así lo permita.

Segunda

Para poder otorgar y suscribir toda clase de títulos de creedito, en los términos del Artículo Noveno de la Ley General de Títulos y Operaciones de Crédito.

35

Tercera

El apoderado ejercitará las facultades a que aluden las cláusulas anteriores, ante particulares y ante toda clase de autoridades administrativas o judiciales, de carácter federal o local y ante las juntas de Conciliación y Arbitraje locales o federales y Autoridades del Trabajo.

EXCLUSIVIDAD

La exclusividad de uso del personaje caricaturizado y/o dibujado de Cantinflas va acompañado de la voz con la que la gente comunmente le reconoce con todas y cada una de las expresiones y modismos que le caracterizan.

La exclusividad de que goza Felipe de Jesús Martínez Ancona así como el poder general que le otorgan tiene una vigencia de 20 años contados a partir de la presentación del presente documento ante notario público y tiene el caracter de irrevocable con las penalizaciones que adelante se mencionan en caso de incurrir en algún acto contrario a lo mencionado anteriormente.

Este plazo se renovará de manera automática por un lapso igual de tiempo (20 años) si las partes no convienen lo contrario.

USOS DEL PERSONAJE

- revistas
- cuentos
- libros
- videos
- películas en cortos
- caricaturas animadas (serie)
- pósters
- calcomanías
- llaveros y todo tipo de promocional
- juegos utilizaciones para telefonía
- juegos y utilizaciones para intrnet
- película en largometraje animada
- portadas de discos CD, DVD, etc

y en fin, todo tipo de aplicación de la caricatura denominada Cantinflas. Pudiendo utilizar el nombre "Cantinflas" para los títulos correspondientes.

PENALIZACIONES

En caso de incurrir en algun acto contrario a lo mencionado en el presente convenio, como la violación de la exclusividad del personaje a favor de Felipe de Jesús Martínez Ancona, la parte otorgante se compromete a pagar $1000.00 dólares USD (mil dólares) por cada ilustración realizada por el antes mencionado o bien su equivalencia en moneda nacional.

El conteo del material de hará ante Notario Público para sacar el costo del volumen de trabajo fruto de varios años de labor.



36



NOTARIO TITULAR
LIC. JOSE N. IRABIEN MEDINA
NOTARIA PUBLICA No. 8
PUEBLA, PUE.

**PORCENTAJES**

La parte otorgante se hara acreedora a un 5% neto de las utilidades negociadas por Felipe de Jesús Martínez Ancona pagadas con el respectivo impuesto contra entrega de la factura correspondiente por parte del Sr. Mario Arturo Moreno Ivanova y/o por la Sra. Sandra Consuelo Luisa Bernat Castellano.

Se permite una revisión anual a la contabilidad de todo lo negociado por Felipe de Jesús Martínez Ancona para la correcta aplicación y el correcto desarrollo del pago de impuestos correspondientes. El mes del año en que ocurra esta revisión será el acordado entre ambas partes acorde a sus intereses y la fecha de sus declaraciones anuales.

En caso de que Mario Arturo Moreno Ivanova, Sandra Consuelo Luisa Bernat Castellano ya sea juntos o por separado decidan demandar o llevar a los tribunales cualquier controversia relacionada con este convenio deberán someterse a la jurisdicción de los tribunales competentes de Los Angeles California de Los Estados Unidos de Norte América y a la legislación aplicable a dicha ciudad, renunciando a cualquier otro fuero que pudiera corresponderles por razón de domicilio presente o futuro por cualquier otra causa.

El presente poder se otorga de acuerdo al ordenamiento de la Ley Federal de Derecho de Autor y conforme al artículo 13 fracción I,II,II,IV,V,VI,VII,VIII,IX,X,XI,XII,XIII,XIV.

Habiendo leído lo anterior las partes firman el presente convenio.

_____
Sandra Consuelo Luisa Bernat Castellano

_____
Felipe de Jesús Martínez Ancona

37

**EXHIBIT  F**

Private Economic Participation and Authorization Agreement entered into by and between Mr. Mario Arturo Moreno Ivanova through Mrs. Sandra Consuelo Luisa Bernat Castellano de Moreno in favor of Mr. Felipe de Jesús Martínez Ancona on December 9, 2009 pursuant to the following representations and clauses.

REPRESENTATIONS

1    Mr. Felipe de Jesús Martínez Ancona is the original author of the caricatures of the character called Cantinflas whose registrations are inscribed in the Author's Rights Public Registry under numbers 03-2007-071313560500-14 and 03-2007-111613224700-14 under the sections drawing and caricature that are in the possession of Mr. Felipe de Jesús Martínez Ancona as the sole owner.

2    On August 22, 1994, Mr. Mario Arturo Moreno Ivanova conferred in favor of Mrs. Sandra Consuelo Luisa Bernat Castellano de Moreno a general power for lawsuits and collections and acts of administration and ownership. It is set forth in notarial deed number 36,178 executed before Notary Number 103 of the Federal District, Mr. ARMANDO GALVEZ PEREZ ARAGON, Esq.

3    On December 7, 2009, Mrs. Sandra Consuelo Luisa Bernat Castellano de Moreno and Mr. Felipe de Jesús Martínez Ancona executed a general power for lawsuits and collections and acts of administration and ownership which was ratified before Mr. JOSÉ N. IRABIEN MEDINA, Esq. on December 7, 2009. The purpose was to confer upon Mr. Felipe de Jesús Martínez Ancona the EXCLUSIVE USE of the caricatured character CANTINFLAS for 20 YEARS as from December 7, 2009, renewable automatically for like periods, in the following media and on the following devices:

– Magazines
– Short stories
– Books
– Videos
– Short films
– Cartoons (series)
– Posters
– Stickers
– Keychains and all kinds of promotional items
– Telephone-based games and applications
– Internet-based games and applications
– Full-length animated films
– CD, DVD, etc. covers



And all types of applications of the caricature called Cantinflas under any known media or those developed in the future, being empowered to use the name "Cantinflas" for all the pertinent titles whether or not accompanied by the caricature.

CLAUSES
One

The purpose of this agreement is for the parties to expressly ratify and acknowledge the instruments previously entered into that were stated in the REPRESENTATIONS section of this contractual instrument.  Mrs. Sandra Consuelo Luisa Bernat Castellano de Moreno hereby ratifies the authorization conferred in favor of Mr. Felipe de Jesús Martínez Ancona which empowers him to perform freely and without limitations under the commitments undertaken for a period of 15 YEARS as from December 7, 2009, renewable automatically for like periods until the end of the timeframes set forth in the contractual instrument indicated in paragraph 3 of the REPRESENTATIONS section.

Two
The parties ratify the exclusive use of the caricatured character called CANTINFLAS that was conferred upon Mr. Felipe de Jesús Martínez Ancona, which may be freely exercised with no limitations in:

— Magazines
— Short stories
— Books
— Videos
— Short films
— Cartoons (series)
— Posters
— Stickers
— Keychains and all kinds of promotional items
— Telephone-based games and applications
— Internet-based games and applications
— Full-length animated films
— CD, DVD, etc. covers

And all types of applications of the caricature called Cantinflas under any known media or those developed in the future, being empowered to use the name "Cantinflas" for all the pertinent titles whether or not accompanied by the caricature.

EXCLUSIVITY

Both parties ratify that the exclusivity of the use of the caricatured and/or drawn character of CANTINFLAS is accompanied by the voice that people commonly recognize as his, with all and each of the expressions and sayings that are typical of him, being empowered to use such voice even without the caricature.

Exclusive use of the character, not permitting the creation of any caricatured character other than that or those presented by Felipe de Jesús Martínez Ancona.

They furthermore ratify that in the event of incurring in any action in violation of the exclusivity of the character in favor of Felipe de Jesús Martínez Ancona, the conferring party undertakes to pay USD 1,000.00 (one thousand dollars) for each illustration  made by the aforesaid or the equivalent thereof in Mexican currency.

CONSIDERATION
The consideration under this agreement shall be pursuant to the stipulations agreed to in the following section on PERCENTAGES.

PERCENTAGES

The conferring party shall be entitled to 5% net of the profits generated by Felipe de Jesús Martínez Ancona paid with the respective tax against submittal of the pertinent invoice by Mr. Mario Arturo Moreno Ivanova and/or by Mrs. Sandra Consuelo Luisa Bernat Castellano.

An annual review of the accounting for all the business by Felipe de Jesús Martínez Ancona is permitted for the correct application and the correct development of the payment of the pertinent taxes. The month of the year on which this review occurs shall be that agreed upon by the two parties according to their interests and the date of their annual tax declarations.

In the event that Mario Arturo Moreno Ivanova and/or Sandra Consuelo Luisa Bernat Castellano, either jointly or individually, should decide to file a complaint or litigate in court any dispute related to this agreement they shall submit to the jurisdiction of the competent courts of Los Angeles, California, United States of America and the applicable law of that city, waiving any other forum to which they may be entitled based on their current or future domicile for any reason.

This power of attorney is conferred pursuant to the provisions of the Federal Author's Rights Law and pursuant to Article 13, sections I, II, II [sic], IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV.

Having read the foregoing, the parties sign this agreement.

[Seal in right margin:
JUDICIAL BRANCH
STATE OF MEXICO]
[illegible stamp in right margin]

[illegible signature]                                    [illegible signature]

Sandra Consuelo Luisa Bernat Castellano          Felipe de Jesús Martínez Ancona

40



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

41

Contrato Privado de Participación Económica y Autorización que ...lebran el Sr. Mario Arturo Moreno Ivanova por medio de la señora Sandra Consuelo Luisa Bernal Castellano de Moreno a favor del Sr. Felipe de Jesús Martínez Ancona, el día 09 de diciembre de 2009, mediante las siguientes declaraciones y cláusulas.

## DECLARACIONES

1   El Sr. Felipe de Jesús Martínez Ancona es autor primigenio de las caricaturas del personaje denominado Cantinflas cuyos registros están inscritos en el Registro Público del Derecho de Autor con los números 03-2007-071313560500-14, 03-2007-11[613224700-14 y 03-2008-031114303500-14 en las ramas de dibujo y caricatura que obran en poder del Sr. Felipe de Jesús Martínez Ancona como único propietario.

2   El 22 de agosto de 1994 el Sr. Mario Arturo Moreno Ivanova otorgó a favor de la señora Sandra Consuelo Luisa Bernal Castellano de Moreno un Poder General para Pleitos y Cobranzas, actos de administración y actos de dominio, mismo que consta en la instrumento notarial número 36,178, otorgado ante el Notario Número 103 del Distrito Federal, Lic. ARMANDO GALVEZ PEREZ ARAGON.

3.-   El 7 de diciembre de 2009, la señora Sandra Consuelo Luisa Bernal Castellano de Moreno y el Sr. Felipe de Jesús Martínez Ancona, firmaron un Poder General para Pleitos y Cobranzas, actos de administración y actos de dominio, mismo que fue ratificado ante el Lic. JOSE N. IRABIEN MEDINA con fecha 7 de diciembre de 2009 y cuyo objeto consistió en otorgar al propio Sr. Felipe de Jesús Martínez Ancona, el USO EXCLUSIVO del personaje caricaturizado CANTINFLAS, por 20 AÑOS contados a partir del mismo 7 de diciembre de 2009, renovable de manera automática por periodos de tiempo iguales, en los siguientes medios o soportes:

- revistas
- cuentos
- libros
- videos
- películas en cortos
- caricaturas animadas (serie)
- pósters
- calcomanías
- llaveros y todo tipo de promocional
- juegos utilizaciones para telefonía
- juegos y utilizaciones para internet
- película en largometraje animado
- portadas de discos CD, DVD, etc

y en fin, todo tipo de aplicación de la caricatura denominada Cantinflas, bajo cualquier sistema conocido o por conocerse. Pudiendo utilizar el nombre "Cantinflas" para los títulos correspondientes, ya sea acompañado de la caricatura o sin ella.

## CLAUSULAS

Primera

El objeto del presente contrato es ratificar y reconocer las partes, de manera expresa, los actos previamente celebrados y que fueron manifestados en el apartado de DECLARACIONES de este

42

instrumento contractual, ratificando desde este momento la señora Sa... a Consuelo Luisa Bernat Castellano de Moreno, la autorización conferida a favor del Sr. Felipe de Jesús Martínez Ancona, por que lo faculta para realizar de manera libre, sin limitaciones y bajo los compromisos contraídos, por un periodo de 15 AÑOS contados a partir del mismo 7 de diciembre de 2009, renovable de manera automática por periodos de tiempo iguales, hasta completar los tiempos establecidos en el instrumento contractual señalado en numeral 3 del apartado de DECLARACIONES

Segunda
Las partes ratifican que el uso exclusivo del personaje caricaturizado CANTINFLAS que le fue concedido al Sr. Felipe de Jesús Martínez Ancona, podrá ejercerse libre y sin limitación en:

- revistas
- cuentos
- libros
- videos
- películas en cortos
- caricaturas animadas (serie)
- pósters
- calcomanías
- llaveros y todo tipo de promocional
- juegos utilizaciones para telefonía
- juegos y utilizaciones para internet
- película en largometraje animada
- portadas de discos CD, DVD, etc

y en fin, todo tipo de aplicación de la caricatura denominada Cantinflas, bajo cualquier sistema conocido o por conocerse. Pudiendo utilizar el nombre "Cantinflas" para los títulos correspondientes, ya sea acompañado de la caricatura o sin ella.

## EXCLUSIVIDAD

Ambas partes ratifican que la exclusividad de uso del personaje caricaturizado y/o dibujado de CANTINFLAS va acompañado de la voz con la que la gente comúnmente le reconoce con todas y cada una de las expresiones y modismos que le caracterizan, pudiendo utilizar dicha voz aún sin la caricatura.

Uso exclusivo del personaje no permitiendo el surgimiento de personaje caricaturizado alguno que no sea el o los presentados por Felipe de Jesús Martínez Ancona.

Así mismo, ratifican que en caso de incurrir en algún acto contrario a lo mencionado en el presente convenio, como la violación de la exclusividad del personaje a favor de Felipe de Jesús Martínez Ancona, la parte otorgante se compromete a pagar $1000.00 dólares USD (mil dólares) por cada ilustración realizada por el antes mencionado o bien su equivalencia en moneda nacional.

## CONTRAPRESTACIÓN

La contraprestación de este contrato, quedará bajo las estipulaciones pactadas en el apartado siguiente de PORCENTAJES.

43

## PORCENTAJES

La parte otorgante se hará acreedora a un 5% neto de las utilidades generadas por Felipe de Jesús Martínez Ancona pagadas con el respectivo impuesto contra entrega de la factura correspondiente por parte del Sr. Mario Arturo Moreno Ivanova y/o por la Sra. Sandra Consuelo Luisa Bernat Castellano.

Se permite una revisión anual a la contabilidad de todo lo negociado por Felipe de Jesús Martínez Ancona para la correcta aplicación y el correcto desarrollo del pago de impuestos correspondientes. El mes del año en que ocurra esta revisión será el acordado entre ambas partes acorde a sus intereses y la fecha de sus declaraciones anuales

En caso de que Mario Arturo Moreno Ivanova, Sandra Consuelo Luisa Bernat Castellano ya sea juntos o por separado decidan demandar o llevar a los tribunales cualquier controversia relacionada con este convenio deberán someterse a la jurisdicción de los tribunales competentes de Los Angeles California de Los Estados Unidos de Norte América y a la legislación aplicable a dicha ciudad, renunciando a cualquier otro fuero que pudiera corresponderles por razón de domicilio presente o futuro por cualquier otra causa.

El presente poder se otorga de acuerdo al ordenamiento de la Ley Federal de Derecho de Autor y conforme al artículo 13 fracción I,II,III,IV,V,VI,VII,VIII,IX,X,XI,XII,XIII,XIV

Habiendo leído lo anterior las partes firman el presente convenio.

_____          _____
Sandra Consuelo Luisa Bernat Castellano          Felipe de Jesús Martínez Ancona

NO. REGISTRO: 03-2010-011913545300-03
(SELLO) AUTORIZACION

TIPO TRAMITE : REGISTRO DE CONTRATO
PRESENTACION: HOJAS ENGRAPADAS

44

**EXHIBIT  G**

[Logo:
INDAUTOR
Instituto Nacional del Derecho de Autor]

[stamp:
UNITED MEXICAN STATES
JOSE N. IRABIEN MEDINA, ESQ.
NOTARY PUBLIC No. 8
PUEBLA, PUEBLA]

[Stamp:
UNITED MEXICAN STATES
MINISTRY OF
PUBLIC EDUCATION]

CERTIFICATE

Author's Rights Public Registry
Instituto Nacional del Derecho de Autor

For purposes of Articles 13, 162, 163 Section I, 164 Section I, 168, 169, 209 Section III and related articles of the Federal Author's Rights Law, it is stated for the record that the COLLECTION whose specifications appear below has been inscribed in the Author's Rights Public Registry with the following data:

| | |
|---|---|
| AUTHOR: | FELIPE DE JESUS MARTINEZ ANCONA |
| TITLE: | CANTINFLAS |
| SECTION: | CARICATURE |
| OWNER: | FELIPE DE JESUS MARTINEZ ANCONA |

Federal Author's Rights Law Article 168. – Inscriptions in the registry establish the presumption of certain facts and actions set forth therein unless proven otherwise. All inscriptions preserve the rights of third parties. If any dispute arises, the effects of the inscription shall be suspended until a final ruling is handed down by a competent authority.

Registration Number: 03-2007-071313560500-14

Mexico City, Federal District, August 2, 2007
Effective Suffrage. No Reelection
THE ASSISTANT DIRECTOR OF WORKS AND CONTRACTS REGISTRY

[illegible signature]
ARTURO NOE CALDERON AGUILAR



EXHIBIT
6

45



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

13615 South Dixie Highway #114-397
Miami FL 33176    (305) 632-9620
info@transformaonline.com

46







NOTARIO TITULAR
LIC. JOSE N IRABIEN MEDINA
NOTARIA PUBLICA No. 8
PUEBLA PUEBLA

SECRETARIA DE
EDUCACION PUBLICA

# C E R T I F I C A D O

Registro Público del Derecho de Autor
Instituto Nacional del Derecho de Autor

Para los efectos de los artículos  13, 162, 163 fracción I, 164 fracción I, 168, 169, 209 fracción III y demás relativos de la Ley Federal del Derecho de Autor, se hace constar que la COLECCIÓN cuyas especificaciones aparecen a continuación, ha quedado inscrita en el Registro Público del Derecho de Autor, con los siguientes datos:

| | |
|---|---|
| **AUTOR:** | MARTINEZ ANCONA FELIPE DE JESUS |
| **TITULO:** | CANTINFLAS |
| **RAMA:** | CARICATURA |
| **TITULAR:** | MARTINEZ ANCONA FELIPE DE JESUS |

L.F.D.A.- Artículo 168.- Las inscripciones en el registro establecen la presunción de ser ciertos los hechos y actos que en ellas consten, salvo prueba en contrario. Toda inscripción deja a salvo los derechos de terceros. Si surge controversia, los efectos de la inscripción quedarán suspendidos en tanto se pronuncie resolución firme por autoridad competente.

Número de Registro:          03-2007-071313560500-14

México D.F., a 2 de agosto de 2007
Sufragio Efectivo. No Reelección
EL SUBDIRECTOR DE REGISTRO DE OBRAS Y CONTRATOS

ARTURO NOE CALDERON AGUILAR

47

**EXHIBIT  H**

[Logo:
INDAUTOR
Instituto Nacional del Derecho de Autor]

[Stamp:
UNITED MEXICAN STATES
SEP
MINISTRY OF
PUBLIC EDUCATION]

CERTIFICATE

Author's Rights Public Registry

For purposes of Articles 13, 162, 163 Section I, 164 Section I, 168, 169, 209 Section III and related articles of the Federal Author's Rights Law, it is stated for the record that the COLLECTION whose specifications appear below has been inscribed in the Author's Rights Public Registry with the following data:

AUTHOR:             FELIPE DE JESUS MARTINEZ ANCONA
TITLE:              COLLECTION OF CANTINFLAS CARICATURES
SECTION:            CARICATURE
OWNER:              FELIPE DE JESUS MARTINEZ ANCONA

Pursuant to the provisions set forth in Article 14, Section II of the Federal Author's Rights Law this certificate does not cover the industrial or commercial use of the ideas contained in the works.

Pursuant to Article of the Federal Author's Rights Law this certificate covers only and exclusively the original Drawing work.

Federal Author's Rights Law Article 168. – Inscriptions in the registry establish the presumption of certain facts and actions set forth therein unless proven otherwise. All inscriptions preserve the rights of third parties. If any dispute arises, the effects of the inscription shall be suspended until a final ruling is handed down by a competent authority.

Registration Number: 03-2008-051914104800-14

Mexico City, Federal District, May 28, 2008
Effective Suffrage. No Reelection

[Stamp:
UNITED MEXICAN STATES
MINISTRY OF PUBLIC EDUCATION
INSTITUTO NACIONAL
DEL DERECHO DEL AUTOR
PUBLIC REGISTRY]

HEAD OF WORKS INSCRIPTION DEPARTMENT

[illegible signature]
FRANCISCO DE LOS SANTOS CORDERO



EXHIBIT
H

48



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

13615 South Dixie Highway #114-397
Miami FL 33176    (305) 632-9620
info@transformaonline.com

49



INDAUTOR

# C E R T I F I C A D O

Registro Público del Derecho de Autor

Para los efectos de los artículos 13, 162, 163 fracción I, 164 fracción I, 168, 169, 209 fracción III y demás relativos de la Ley Federal del Derecho de Autor, se hace constar que la COLECCIÓN cuyas especificaciones aparecen a continuación ha quedado inscrita en el Registro Público del Derecho de Autor, con los siguientes datos:

**AUTOR:** MARTINEZ ANCONA FELIPE DE JESUS

**TITULO:** COLECCIÓN DE CARICATURAS CANTINFLAS

**RAMA:** DIBUJO

**TITULAR:** MARTINEZ ANCONA FELIPE DE JESUS

De conformidad con el artículo 14 fracción II de la Ley Federal del Derecho de Autor, el presente certificado no ampara el aprovechamiento industrial o comercial de las ideas contenidas en esta obra.

Con fundamento en el artículo 3° de la Ley Federal del Derecho de Autor el presente certificado ampara única y exclusivamente la obra original de Dibujo

L.F.D.A. Artículo 168.- Las inscripciones en el registro establecen la presunción de ser ciertos los hechos y actos que en ellas consten, salvo prueba en contrario. Toda inscripción deja a salvo los derechos de terceros. Si surge controversia, los efectos de la inscripción quedarán suspendidos en tanto se pronuncie resolución firme por autoridad competente.

**Número de Registro:** 03-2008-051914104600-14

México D. F. a 28 de mayo de 2008

EL JEFE DE DEPARTAMENTO DE INSCRIPCIÓN DE OBRAS

FRANCISCO DE LOS SANTOS CORDERO

EXHIBIT  I

[Logo:
INDAUTOR
Instituto Nacional del Derecho de Autor]

[Stamp:
UNITED MEXICAN STATES
MINISTRY OF
PUBLIC EDUCATION]

CERTIFICATE

Author's Rights Public Registry

For purposes of Articles 13, 14 Section II, 162, 163 Section I, 168, 169, 209 Section III and related articles of the Federal Author's Rights Law, it is stated for the record that the COLLECTION whose specifications appear below has been inscribed in the Author's Rights Public Registry with the following data:

AUTHOR:                  FELIPE DE JESUS MARTINEZ ANCONA
TITLE:                   CANTINFLAS 100
SECTION:                 DRAWING
OWNER:                   FELIPE DE JESUS MARTINEZ ANCONA

Pursuant to the provisions set forth in Article 14, Section II of the Federal Author's Rights Law this certificate does not cover the industrial or commercial use of the ideas contained in the works.

Federal Author's Rights Law Article 168. -- Inscriptions in the registry establish the presumption of certain facts and actions set forth therein unless proven otherwise. All inscriptions preserve the rights of third parties. If any dispute arises, the effects of the inscription shall be suspended until a final ruling is handed down by a competent authority.

Registration Number: 03-2008-120414322800-14

Mexico City, Federal District, December 19, 2008

THE ASSISTANT DIRECTOR OF WORKS AND CONTRACTS REGISTRY

[Stamp:
UNITED MEXICAN STATES
MINISTRY OF PUBLIC EDUCATION
INSTITUTO NACIONAL
DEL DERECHO DEL AUTOR
PUBLIC REGISTRY]

[illegible signature]
ARTURO NOE CALDERON AGUILAR

Puebla 143, Col. Roma, Del Cuauhtémoc, Mexico City, Federal District, 06700
Tel. +52 (55) 3601 8216 or (01800) 2283 400, www.sep.gob.mx



51



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

13615 South Dixie Highway #114-397
Miami FL 33176     (305) 632-9620
info@transformaonline.com

52



INDAUTOR

# CERTIFICADO

Registro Público del Derecho de Autor

Para los efectos de los artículos 13, 14 fracción II, 162, 163 fracción I, 164 fracción I, 168, 169, 209 fracción III y demás relativos de la Ley Federal del Derecho de Autor, se hace constar que la COLECCIÓN cuyas especificaciones aparecen a continuación, ha quedado inscrita en el Registro Público del Derecho de Autor con los siguientes datos:

AUTOR:          MARTINEZ ANCONA FELIPE DE JESUS

TÍTULO          CANTINFLAS 100

RAMA:           DIBUJO

TITULAR:        MARTINEZ ANCONA FELIPE DE JESUS

Con fundamento en lo establecido por el artículo 14 fracciones II de la Ley Federal del Derecho de Autor, el presente certificado no ampara el aprovechamiento industrial o comercial de las ideas contenidas en las obra.

L.F.D.A. Artículo 168.- Las inscripciones en el registro establecen la presunción de ser ciertos los hechos y actos que en ellas consten, salvo prueba en contrario. Toda inscripción deja a salvo los derechos de terceros. Si surge controversia, los efectos de la inscripción quedarán suspendidos en tanto se pronuncie resolución firme por autoridad competente.

Número de Registro:        03-2008-120414322500-14

México D. F. a 19 de diciembre de 2008

EL SUBDIRECTOR DE REGISTRO DE OBRAS Y CONTRATOS

ARTURO NOE CALDERON AGUILAR

Puebla 143, Col. Roma, Del. Cuauhtémoc, México D.F. 06700
t. +52 (55) 5208 2150, 5514 0314 e (otfice) 5533 1400 www.sep.gob.mx

53

**EXHIBIT  J**

[Logo:
INDAUTOR
Instituto Nacional del Derecho de Autor]

[Stamp:
UNITED MEXICAN STATES
SEP
MINISTRY OF
PUBLIC EDUCATION]

CERTIFICATE

Author's Rights Public Registry

For purposes of Articles 13, 14 Section II, 162, 163 Section I, 168, 169, 209 Section III and related articles of the Federal Author's Rights Law, it is stated for the record that the COLLECTION whose specifications appear below has been inscribed in the Author's Rights Public Registry with the following data:

| | |
|---|---|
| AUTHOR: | FELIPE DE JESUS MARTINEZ ANCONA |
| TITLE: | CANTINFLAS |
| SECTION: | DRAWING |
| OWNER: | FELIPE DE JESUS MARTINEZ ANCONA |

Pursuant to the provisions set forth in Article 14, Section II of the Federal Author's Rights Law this certificate does not cover the industrial or commercial use of the ideas contained in the works.

Federal Author's Rights Law Article 168. – Inscriptions in the registry establish the presumption of certain facts and actions set forth therein unless proven otherwise. All inscriptions preserve the rights of third parties. If any dispute arises, the effects of the inscription shall be suspended until a final ruling is handed down by a competent authority.

Registration Number: 03-2009-122113525400-14

Mexico City, Federal District, January 21, 2010

THE ASSISTANT DIRECTOR OF WORKS AND CONTRACTS REGISTRY

[Stamp:
UNITED MEXICAN STATES
MINISTRY OF PUBLIC EDUCATION
INSTITUTO NACIONAL
DEL DERECHO DEL AUTOR
PUBLIC REGISTRY]

[illegible signature]
ARTURO NOE CALDERON AGUILAR

Puebla 143, Col. Roma, Del Cuauhtémoc, Mexico City, Federal District, 06700
Tel. +52 (55) 3601 8216 or (01800) 2283 400, www.sep.gob.mx



EXHIBIT
J

54



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

13615 South Dixie Highway #114-397
Miami FL 33176    (305) 632-9620
info@transformaonline.com

55



INDAUTOR

C E R T I F I C A D O

Registro Publico del Derecho de Autor

Para los efectos de los artículos 10, 14 fracción II, 162, 163 fracción I, 164 fracción I, 168, 169, 209 fracción II y demás relativos de la Ley Federal del Derecho de Autor, se hace constar que la COLECCIÓN cuya especificaciones aparecen a continuación, ha quedado inscrita en el Registro Público del Derecho de Autor, con los siguientes datos:

AUTOR:                          MARTINEZ ANCONA FELIPE DE JESUS

TITULO:                         CANTINFLAS

RAMA:                           DIBUJO

TITULAR:                        MARTINEZ ANCONA FELIPE DE JESUS

De conformidad con el artículo 14 fracción II de la Ley Federal del Derecho de Autor, el presente certificado no ampara el aprovechamiento industrial o comercial de las ideas contenidas en ésta obra.

L.F.D.A. Artículo 168.- Las inscripciones en el registro establecen la presunción de ser ciertos los hechos y actos que en ellas consten, salvo prueba en contrario. Toda inscripción deja a salvo los derechos de terceros. Si surge controversia, los efectos de la inscripción quedarán suspendidos en tanto se pronuncie resolución firme por autoridad competente.

Número de Registro:             03-2000-122113625400-14

México D.F., a 21 de enero de 2010

EL SUBDIRECTOR DE REGISTRO DE OBRAS Y CONTRATOS

ARTURO NOE CALDERON AGUILAR

56

**EXHIBIT K**

[Logo:
INDAUTOR
Instituto Nacional del Derecho de Autor]

[Stamp:
UNITED MEXICAN STATES
SEP
MINISTRY OF
PUBLIC EDUCATION]

CERTIFICATE

Author's Rights Public Registry

For purposes of Articles 162, 163 Sections V, VI, and IX, and and 164, Section I of the Federal Author's Rights Law, it is stated for the record that the AUTHORIZATION AGREEMENT whose specifications appear below has been inscribed in the Author's Rights Public Registry with the following data:

PARTIES:                    SANDRA CONSUELO LUISA BERNAT CASTELLANOS
                            FELIPE DE JESUS MARTINEZ ANCONA
NATURE:                     THAT CONFERS, AMENDS, TRANSFERS, ENCUMBERS OR
                            EXTINGUISHES OWNERSHIP RIGHTS
VALIDITY:                   15 YEARS
WORK:                       CANTINFLAS

Registration Number:  03-2010-011913545800-3

Mexico City, Federal District, February 2, 2010

THE DIRECTOR OF WORKS AND CONTRACTS REGISTRY

[Stamp:
UNITED MEXICAN STATES
MINISTRY OF PUBLIC EDUCATION
INSTITUTO NACIONAL
DEL DERECHO DEL AUTOR
PUBLIC REGISTRY]

[illegible signature]
RUBÉN MALDONADO GARIBAY

Puebla 143, Col. Roma, Del Cuauhtémoc, Mexico City, Federal District, 06700
Tel. +52 (55) 3601 8216 or (01800) 2283 400, www.sep.gob.mx   .



57



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation



INDAUTOR

C E R T I F I C A D O

Registro Público del Derecho de Autor

SECRETARIA DE
EDUCACIÓN PÚBLICA

SEP

Para los efectos de los artículos 162, 163 fracciones V, VI y IX 164 fracción I, de la Ley Federal del Derecho de Autor, se hace constar que el **CONTRATO DE AUTORIZACION** cuyas especificaciones aparecen a continuación, ha quedado inscrita en el Registro Público del Derecho de Autor, con los siguientes datos:

PARTES:                 BERNAT CASTELLANOS SANDRA CONSUELO LUISA
                        MARTINEZ ANCONA FELIPE DE JESUS

NATURALEZA:             QUE CONFIERE, MODIFICA, TRASMITE, GRAVA O EXTINGUE
                        DERECHOS PATRIMONIALES

VIGENCIA:               15 AÑOS

OBRA:                   CANTINFLAS

Número de Registro.     03-2010-011913545800-3

México D. F. a 2 de febrero de 2010
EL DIRECTOR DEL REGISTRO PÚBLICO DEL DERECHO DE AUTOR

RUBÉN MALDONADO GARBAY

Puebla 143 Col. Roma, Del. Cuauhtémoc México, D.F. 06700

59

EXHIBIT  L

[Stamp:
UNITED MEXICAN STATES]

Federal Government
SEP

CERTIFICATE

Author's Rights Public Registry

For purposes of Articles 13, 78, 162, 163 Section II, 164 Section I, 168, 169, 209 Section III and related articles of the Federal Author's Rights Law, it is stated for the record that the COLLECTION whose specifications appear below has been inscribed in the Author's Rights Public Registry with the following data:

AUTHOR:                            FELIPE DE JESUS MARTINEZ ANCONA
TITLE:                             CANTINFLAS
SECTION:                           DRAWING
OWNER OF TRANSFORMATION:           FELIPE DE JESUS MARTINEZ ANCONA

This inscription does not confer powers to publish or use the work registered in any way unless the pertinent authorization is evidenced.

Pursuant to the provisions set forth in Article 3 of the Federal Author's Rights Law this certificate covers only and exclusively the original Drawing work.

Pursuant to the provisions set forth in Article 14, Section V of the Federal Author's Rights Law this certificate does not cover the industrial or commercial use of the ideas contained in the works.

Federal Author's Rights Law Article 168. – Inscriptions in the registry establish the presumption of certain facts and actions set forth therein unless proven otherwise. All inscriptions preserve the rights of third parties. If any dispute arises, the effects of the inscription shall be suspended until a final ruling is handed down by a competent authority.

Registration Number: 03-2011-020412091100-14

Mexico City, Federal District, February 4, 2011

THE ASSISTANT DIRECTOR OF WORKS AND CONTRACTS REGISTRY

[Stamp:
UNITED MEXICAN STATES
MINISTRY OF PUBLIC EDUCATION
INSTITUTO NACIONAL
DEL DERECHO DEL AUTOR
PUBLIC REGISTRY]



[illegible signature]
ARTURO NOE CALDERON AGUILAR

… [illegible]

MINISTRY OF PUBLIC EDUCATION

60



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article

Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

13615 South Dixie Highway #114-397
Miami FL 33176    (305) 632-9620
info@transformaonline.com

# CERTIFICADO

## Registro Público del Derecho de Autor



**GOBIERNO FEDERAL**

Para los efectos de los artículos 13, 78, 162, 163 fracción II, 164 fracción I, 168, 169, 209 fracción II y demás relativos de la Ley Federal del Derecho de Autor, se hace constar que  la COLECCION , las especificaciones aparecen a continuación, ha quedado inscrita en el Registro Público del Derecho de Autor; con los siguientes datos:

AUTOR:  MARTINEZ ANCONA FELIPE DE JESUS

TITULO:  CANTINFLAS

RAMA:  DIBUJO

TITULAR DE TRANSFORMACION:  MARTINEZ ANCONA FELIPE DE JESUS

Esta inscripción no faculta para publicar o usar en forma alguna la obra registrada, a menos de que se acredite la autorización correspondiente.

Con fundamento en el  artículo  3° de la Ley Federal del Derecho de Autor el presente certificado ampara única y exclusivamente la obra original de Dibujo.

Con fundamento en lo establecido por el artículo 14 fracción V de la Ley Federal del Derecho de Autor, el presente certificado no ampara los nombres y títulos o frases aislados.

L.F.D.A.- Artículo 168.- Las inscripciones en el registro establecen la presunción de ser ciertos los hechos y actos que en ellas consten, salvo prueba en contrario. Toda inscripción deja a salvo los derechos de terceros. Si surge controversia, los efectos de la inscripción quedarán suspendidos en tanto se pronuncie resolución firme por autoridad competente.

Número de Registro:  03-2011-020412091100-14

México, D.F., a 4 de febrero de 2011

EL SUBDIRECTOR DE REGISTRO DE OBRAS Y CONTRATOS

ALFREDO CALDERON AGUILAR

ESTADOS UNIDOS MEXICANOS
INSTITUTO NACIONAL
DEL DERECHO DE AUTOR
REGISTRO PUBLICO

MÉXICO

**EXHIBIT  M**

[Stamp:
UNITED MEXICAN STATES]

Federal Government
SEP

CERTIFICATE

Author's Rights Public Registry

For purposes of Articles 13, 78, 162, 163 Section II, 164 Section I, 168, 169, 209 Section III and related articles of the Federal Author's Rights Law, it is stated for the record that the COLLECTION whose specifications appear below has been inscribed in the Author's Rights Public Registry with the following data:

AUTHOR:                        FELIPE DE JESUS MARTINEZ ANCONA
TITLE:                         CANTINFLAS
SECTION:                       CARICATURE
OWNER OF TRANSFORMATION:       FELIPE DE JESUS MARTINEZ ANCONA

This inscription does not confer powers to publish or use the work registered in any way unless the pertinent authorization is evidenced.

Pursuant to the provisions set forth in Article 14, Sections II and V of the Federal Author's Rights Law this certificate does not cover the industrial or commercial use of the ideas contained in the works.

Pursuant to the provisions set forth in Article 3 of the Federal Author's Rights Law this certificate covers only and exclusively the original Drawing work.

Federal Author's Rights Law Article 168. -- Inscriptions in the registry establish the presumption of certain facts and actions set forth therein unless proven otherwise. All inscriptions preserve the rights of third parties. If any dispute arises, the effects of the inscription shall be suspended until a final ruling is handed down by a competent authority.

Registration Number: 03-2011-021412485000-01

Mexico City, Federal District, February 22, 2011

THE DIRECTOR OF WORKS AND CONTRACTS REGISTRY



EXHIBIT
M

[Stamp:
UNITED MEXICAN STATES
MINISTRY OF PUBLIC EDUCATION
INSTITUTO NACIONAL
DEL DERECHO DEL AUTOR
PUBLIC REGISTRY]

[illegible signature]
RUBÉN MALDONADO GARIBAY

... [illegible]

MINISTRY OF PUBLIC EDUCATION

63



October 3, 2013

I, Marian S. Greenfield, do hereby state under oath that I am a bilingual translator with more than 30 years of experience and fluent in both the Spanish and English languages, that I have translated and/or proofread to the best of my knowledge, ability and belief from Spanish to English the document(s) listed below, and that it(they) is(are) a true and accurate translation(s).

M-97 Certificado
DOC025 Article



Marian S. Greenfield, C.T.
Certified by the American Translators Association for Spanish to English translation

Verify at www.atanet.org/verify

13615 South Dixie Highway #114-397
Miami FL 33176    (305) 632-9620
info@transformaonline.com

64



# CERTIFICADO
## Registro Público del Derecho de Autor

GOBIERNO FEDERAL

SEP

Con fundamento en los artículos 18, 78, 162, 163 fracción II, 164 fracción I, 168, 169, 209 fracción III y demás relativos de la Ley Federal del Derecho de Autor, se hace constar que la VERSIÓN que a continuación aparece, ha quedado inscrita en el Registro Público del Derecho de Autor con los siguientes datos.

AUTOR:             MARTINEZ ANCONA FELIPE DE JESUS

TÍTULO:             CANTINFLAS

RAMA:             CARICATURA

TITULAR DE
TRANSFORMACION:             MARTINEZ ANCONA FELIPE DE JESUS

La inscripción no faculta para publicar o usar en forma alguna la obra registrada, a menos de que se cuente la autorización correspondiente.

Cumplimentando en lo establecido por el artículo 14 fracciones II y V de la Ley Federal del Derecho de Autor el presente certificado no ampara los nombres y títulos o frases aislados.

De conformidad en el artículo 91 de la Ley Federal del Derecho de Autor el presente certificado ampara única y exclusivamente la obra original sólo Caricatura.

El L.F.D.A. Artículo 168.- Las inscripciones en el registro establecen la presunción de ser ciertos los hechos y actos que en ellas consten, salvo prueba en contrario. Toda inscripción deja a salvo los derechos de terceros. Si surge controversia, los efectos de la inscripción quedarán suspendidos en tanto se pronuncia resolución firme por autoridad competente.

Número de Registro:        03-2011-021412485000-01

México, D.F., a 22 de febrero de 2011

EL DIRECTOR DEL REGISTRO PÚBLICO DEL DERECHO DE AUTOR

FELIPE MALDONADO GARIBAY

SECRETARIA DE EDUCACIÓN PUBLICA
INSTITUTO NACIONAL
DEL DERECHO DE AUTOR
REGISTRO PÚBLICO

INDAUTOR

SECRETARÍA DE EDUCACIÓN PÚBLICA

MÉX

65

EXHIBIT  N

## Richard Wolfe

| | |
|---|---|
| **From:** | Copyright Office <noreply@loc.gov> |
| **Sent:** | Thursday, October 03, 2013 6:50 PM |
| **To:** | Richard Wolfe |
| **Subject:** | Confirmation of Receipt |

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your application and payment for the work Felipe's Collection of Cantinflas Characters were received by the U.S. Copyright Office on 10/03/2013.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to eCO (https://eco.copyright.gov/eService_enu/) and click on case number 1-1002909319 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-1002909319. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office



66

10/3/13                          Electronic Copyright Office (eCO)



Please review deposit copy requirements before proceeding. ("Deposit Copy" refers to the copy of the work being registered with the Copyright Office.)

You may either submit your deposit copy(ies) as (1) an electronic file(s) or (2) by mail. Do not do both.

**(1) Electronic upload (see restrictions):** Ensure that your browser's pop-up blocker is disabled.

- Click the "Upload Deposit" button in the table below and browse and select the electronic file(s) for the corresponding work. If there are multiple cases in the table, repeat these steps until the files for all cases have been submitted.
- When you are finished uploading files for a work, click the corresponding "Upload Complete" button to complete your submission.

| | Step 1: Upload Deposit | Step 2: Upload Complete | Upload Status | Case # | Title |
|---|---|---|---|---|---|
| ➤ | Upload Deposit | Upload Complete | Complete | 1-1002909319 | Felipe's Collection of Cantinflas Characters |

**(2) Send by mail:**

- Click the "Create Shipping Slip" button in the table below; a Shipping Slip link will appear in the Attachments column.
- Click the Shipping Slip link and print out and attach the shipping slip(s) to your deposit copy(ies). For multiple cases, be sure to attach shipping slips to the corresponding copies.
- Mail the deposit copy(ies) within 30 days to the Copyright Office address at the bottom of the slip.

Click "Home" after uploading files(s) or printing shipping slip(s). You may verify the submission in the open Cases table on your eCO Home page.

Send by Mail

| Create Shipping Slip |

| Attachment Name | File Type | Size | Date and Time |
|---|---|---|---|

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you
claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

Electronic Copyright Office (eCO)

**Copyright** United States Copyright Office

Order Reg-Service Case Query

Open Cases
Working Cases
All Cases
My Company's Cases
Status Definitions
Search My Cases
My Applications
My Company's Applicatons

Copyright Registration

Register a New Claim
Preregister a Claim
Register a Group Claim
Use a Template
Organization / DA

Additional Copyright Services

Access Copyright Office Information
- Ask a Question?
- Read Circulars
- Search Online Records

**Electronic Copyright Office (eCO)**

**Welcome, Darren!**

- Please disable your browser's pop-up blocker

- What's new in eCO?

- For copyright registration information, instructions, helpful tips and FAQs, click here

- If you received a Notice for Mandatory Deposit for an electronic work and need more information or help, click here

Open Cases

[Query]

| Case # | Status | Opened | Title | Upload Status | Vol/ Num |
|--------|--------|--------|-------|---------------|----------|
| 1-1002909319 | Open | 10/3/2013 | Felipe's Collection of Cantinflas Characters | Complete | |

**\*eCO information\***

Due to the lapse in government funding, the U.S. Copyright Office is closed, as is the greater Library of C
this website, respond to inquiries, or process transactions. Registration submissions will be accepted fo
Website updates and all normal business activity will resume when the government reopens.

If you would like to file a copyright registration online, the online registration system is available. Filing
of registration, although copyright registrations will not be processed until the Copyright Office reopens

The eCO Registration System will be offline Friday, October 11, 2013 from 5:00 PM until 9:30 PM (Eastern

An alternate streamlined application path for certain claims was introduced in the June 28, 2013 softwa
page for information about the changes to eCO screens.

The eCO Registration System will be offline every weekend from 10:00 PM Saturday until 6:00 AM Sunda

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorizes the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this informati
claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

**EXHIBIT  O**



**PrimeTime Management Group**

Like

 **79**

www.primetime.mx

Zapopa
Guadalaja
aquepaque
Zutriqu
Tonal

About                                Photos          Likes          Map

highlight

 **PrimeTime Management Group** · Gyroscopik Studios' photo
October 2, 2012

Ya estamos listos para irnos a CANNES, a consolidar alianzas y proyectos, preparando el material para presentar a los Directivos de los principales distribuidores de Entretenimiento para niños en el mundo.

Bienvenidos a visitarnos en el Stand 08:20

Saludos y los mantendremos informados desde allá...

Saludos.
See Translation

Ya estamos listos para irnos a CANNES, a consolidar alianzas y proyectos, preparando el material para presentar a los Directivos de los principales distribuidores de Entretenimiento para niños en el mundo

Bienvenidos a visitarnos en el Stand 08:20

Saludos y los mantendremos informados desde allá...

Saludos.
See Translation

**PrimeTime Management Group** · Gyroscopik Studios · photo
October 1, 201

Tenemos el gran honor de comunicarles que el día de hoy inicia oficialmente y se da el banderazo de salida a la producción de la serie animada "LAS AVENTURAS DE CANTINFLAS", un proyecto de CANTINFLAS WORLD, PRIMETIME MANAGEMENT GROUP Y GYRO... See More
See Translation

Tenemos el gran honor de comunicarles que el día de hoy inicia oficialmente y se da el banderazo de salida a la producción de la serie animada "LAS AVENTURAS DE CANTINFLAS", un proyecto de CANTINFLAS WORLD, PRIMETIME MANAGEMENT GROUP Y GYRO.  See More
See Translation



EXHIBIT

PrimeTime Management Gro      Guadalajara, Mexico - Company | F      ook                    Page 2 of 5



Like   Comment   Share

 **PrimeTime Management Group** shared Gyroscopik
Studios - photo
August 11, 2012

VIVA MÉXICO!!!!!!



Like   Comment   Share

 **PrimeTime Management Group** shared Gyroscopik
Studios - photo
Augu     1, 2012

Visitando a los amigos de Gyroscopik

See Translation

Adal Ramones con parte del equipo

See Translation



Like   Comment   Share

 **PrimeTime Management Group**
September 29, 2012

La " Chato-Manía" pronto estará de Vuelta!!!!

Si quieres conocer todo lo que estamos preparando del proyecto
no olvides darle LIKE a nuestra página y te enterarás de todo
antes que nadie.

Saludos.

See Translation



Like   Comment   Share                    8    3    2

 **PrimeTime Management Group** shared Gyroscopik
Studios - video
August 6, 2012

CÁMARA VIRTUAL MOCAP

**CAMARA VIRTUAL MOCAP**
Ploop en pruebas de Cámara Virtual en Gyroscopik Studios
Vicon , cliente satisfecho

